UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Xiao ning, zhang
_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

Individual: Gavrylyuk, olesya; Noorulain,
Thandiya; patternella (full name not available)
Institutional: City of New York

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Xiaoning _____ Zhang _____
First Name         Middle Initial         Last Name

NA
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Book case number: 4412200598
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Rose M. Singer Center
Current Place of Detention

14-19 Hazen st.
Institutional Address

East Elmhurst _____ New York _____ 11370
County, City              State              Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: Gavrylyuk
Last Name: Olesya
Shield #:
Current Job Title (or other identifying information): Psychiatrist at RMSC
Current Work Address: 19-19 Hazen St.
County, City: East Elmhurst
State: NY
Zip Code: 11370

**Defendant 2:**
First Name: Noorulain
Last Name: Jhandhya
Shield #:
Current Job Title (or other identifying information): Psychiatrist at RMSC
Current Work Address: 19-19 Hazen St.
County, City: East Elmhurst
State: NY
Zip Code: 11370

**Defendant 3:**
First Name: Not available
Last Name: Pottornella
Shield #: 6143
Current Job Title (or other identifying information): Correction officer
Current Work Address: 19-19 Hazen St.
County, City: East Elmhurst
State: NY
Zip Code: 11370

**Defendant 4:**
First Name:
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City:
State:
Zip Code:

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Rose M. Singer Center

Date(s) of occurrence: 03/22/2022 to 01/24/2023

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

1. Involuntarily confined in M.O. Unit. During 03/22/2022 – 01/24/2023, Dr Jhandiya and her colleagues at RMSC had knowingly misdiagnosed Ms. Zhang's mental health and needed to be medicated and involuntarily confined Ms Zhang in M.O. Unit because of "Other specified Bipolar and Related Disorder."

2. Retaliation or Abuse from Correction officer. During 03/22/2022 – 01/24/2023. Ms. Zhang was in M.O. Unit for an excessive amount of time in which C/O locked Ms. Zhang in cell didn't give Ms. Zhang food, water ... And c/o Pottornella teach other inmates "COVID 19 from China, Zhang is virus." When other inmates yelling Ms Zhang "stupid Chinese, go back to China." C/O and Captain was laughting.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

1. A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.
2. Compensatory damages in the amount $300,000.00 against each defendant jointly and severally.
3. A jury trial on all issues triable by jury.
4. Plaintiff's cost in this suit.
5. Any additional relief this court deems just, proper, and equitable.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 02/23/2024

Plaintiff's Signature: Xiaoning Zhang

First Name: Xiaoning

Middle Initial:

Last Name: Zhang

Prison Address: 19-19 Hazen St

County, City: East Elmhurst

State: NY

Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 03/05/2024

Page 6

