USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Xiao Ning Zhang,

                Plaintiff,

-against-

Olesya Gavrylyuk et al.,

                Defendants.

1:24-cv-01939 (JAV) (SDA)

**ORDER OF SERVICE**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

By Order dated May 21, 2024, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. (Order, ECF No. 7.) On January 13, 2025, Plaintiff filed an Amended Complaint in which she names Olesya Gavrylyuk as a defendant. (First Am. Compl., ECF No. 29.)

To allow Plaintiff to effect service on Defendant Gavrylyuk through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant Gavrylyuk. The Clerk of Court shall further issue a summons and deliver to the Marshals Service all of the necessary paperwork—including the Amended Complaint (ECF No. 29)—for the Marshals Service to effect service of the Summons and Amended Complaint upon Defendant Gavrylyuk.

SO ORDERED.

Dated:      New York, New York
             January 22, 2025

_____
**STEWART D. AARON**
**United States Magistrate Judge**

**DEFENDANT AND SERVICE ADDRESS**

1. Nurse Practitioner Olesya Gavrylyuk
   c/o G. Renee Tarver
   H+H – Correctional Health Services
   49-04 19th Avenue, 1st Floor
   Astoria, New York 11105