UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Xiao Ning Zhang,

                Plaintiff,

-against-

Olesya Gavrylyuk et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2025

1:24-cv-01939 (JAV) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

It is hereby Ordered that the deadline for Defendants City of New York, Noorulain Jhandiya and C.O. Krystal Paternella to respond to the Amended Complaint is adjourned *sine die*. Once Defendant Gavrylyuk is served (*see* Order of Service, ECF No. 30), the Court will set a single deadline for all Defendants to respond to the Amended Complaint.

**SO ORDERED.**

Dated:     New York, New York
            January 23, 2025

_____
**STEWART D. AARON**
**United States Magistrate Judge**