UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/26/2025___

Xiao Ning Zhang,

Plaintiff,

-against-

Olesya Gavrylyuk et al.,

Defendants.

1:24-cv-01939 (JAV) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

Given that the New York City Law Department is representing Defendants City of New York, Olesya Gavrylyuk and Noorulain Jhandiya (ECF No. 21), and that Defendant C.O. Krystal Paternella already has been served (ECF No. 12), it is hereby ORDERED that all Defendants shall respond to the Amended Complaint no later than April 10, 2025.

**SO ORDERED.**

Dated:      New York, New York
            March 26, 2025

_____
**STEWART D. AARON**
**United States Magistrate Judge**