

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 Church Street
NEW YORK, NY 10007

**ODALMY RUIZ**
Phone: (212) 356-5053
Fax: (212) 356-3509
odaruiz@law.nyc.gov
*Assistant Corporation Counsel*

August 8, 2025

**BY ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   <u>Xiao Ning Zhang v. Olesya Gavrylyuk, et al.</u>
            24-CV-1939 (JAV)(SDA)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and attorney for defendants the City of New York, Olesya Gavrylyuk, Dr. Noorulain Jhandiya, and Correction Officer Krystal Paternella in the above-referenced matter. I write today to respectfully request that the Defendants' deadline to file their answer or to otherwise respond to the Second Amended Complaint ("SAC") be extended from August 13, 2025 to September 5, 2025. The undersigned made efforts to contact Plaintiff, who is currently incarcerated, to ascertain her position but was unsuccessful.

      By way of background, Plaintiff filed the original Complaint on March 11, 2024. (ECF Dkt No. 1.) Defendants subsequently executed waivers of service, making their deadline to respond November 26, 2024. (ECF Dkt Nos. 12, 13, 15, and 20.) The Court later, *sua sponte*, granted Plaintiff leave to amend her Complaint by December 19, 2024, thereby extending Defendants' response deadline. (ECF Dkt No. 19.) Plaintiff then requested, and was granted, a further extension to file her Amended Complaint by January 19, 2025. (ECF Dkt No. 24.) Plaintiff filed her Amended Complaint on January 13, 2025. (ECF Dkt No. 29.) At that time, the Court adjourned Defendants' response deadline *sine die* pending service on Defendant Gavrylyuk, after which a unified deadline for all Defendants would be set. (ECF Dkt No. 31.) Once service on all Defendants was completed, the Court set the deadline to respond to the Amended Complaint for April 10, 2025. (ECF Dkt No. 34.) Defendants filed a fully briefed motion to dismiss on that date. (ECF Dkt Nos. 35–38.) On April 15, 2025, Plaintiff requested, among other relief, a second opportunity to amend her Complaint. (ECF Dkt No. 39.) The Court granted her request and permitted the filing of a Second Amended Complaint by May 16, 2025, with the condition that any such filing include a redline comparison and that no further

opportunities would be granted to amend in response to the motion to dismiss. (ECF Dkt No. 40.) Despite this limitation, Plaintiff filed another request to extend the deadline to file her Second Amended Complaint from May 16 to July 3, 2025. (ECF Dkt No. 41.) The Court granted that request. (ECF Dkt No. 42.) Plaintiff then sought a third extension, which was also granted, setting the final deadline for July 31, 2025. (ECF Dkt Nos. 43-44.) On July 30, 2025, Plaintiff filed her Second Amended Complaint, which was entered on the docket on August 4, 2025. (ECF Dkt No. 45.) As a result, Defendants' current deadline to respond is August 13, 2025.

Given that the Second Amended Complaint is voluminous and includes newly asserted claims, Defendants require additional time to review and investigate these claims in order to prepare an appropriate response. The undersigned is mindful of Your Honor's Individual Rules requiring 72-hour notice for extension requests. Accordingly, Defendants City of New York, Olesya Gavrylyuk, Dr. Noorulain Jhandiya, and Correction Officer Krystal Paternella respectfully request an extension of time to respond to the Second Amended Complaint—from August 13, 2025 to September 5, 2025.

Defendants thank the Court for its time and consideration of this request.

Respectfully Submitted,

*Odalmy Ruiz /s/*

Odalmy Ruiz
Attorney for Defendants
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-5053
odaruiz@law.nyc.gov

Cc:   **VIA FIRST CLASS MAIL**
Xiao Ning Zhang
Plaintiff *Pro Se*
NYSID: 15503318Z
DIN: 24G0572
Bedford Hills Correctional Facility
247 Harris Rd
Bedford Hills, NY 10507

---

Application GRANTED. Defendants' pending motion is dismiss the Amended Complaint (ECF No. 35) is deemed moot. Defendants shall file their response to the Second Amended Complaint (ECF No. 45) no later than September 5, 2025. SO ORDERED.

Dated: August 11, 2025